**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Tatiana Martinez Santalla,<br><br>Plaintiff,<br><br>v.<br><br>99 Cents Only Stores LLC, et al.,<br><br>Defendants. | Case No. 2:22-cv-00824-CDS-DJA<br><br>**Order** |

Before the Court is the parties' stipulation to extend discovery deadlines. (ECF No. 11). The parties have complied with Local Rule 26-3's requirements to obtain an extension. But their deadlines are not properly calculated. The parties also erroneously calculated their deadlines in their original discovery plan and scheduling order, which deadlines the Court corrected. (ECF No. 7). The Court will grant the parties' stipulation and correct the deadlines as a courtesy. Future extensions must contain correct deadlines.

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 11) is **GRANTED IN PART AND DENIED IN PART.** The Court enters the below deadlines:

| | |
|---|---|
| Expert disclosures: | April 12, 2023 |
| Rebuttal expert disclosures | May 15, 2023 |
| Close of discovery | June 12, 2023 |
| Dispositive motions | July 11, 2023 |
| Joint pretrial order | August 10, 2023[1] |

DATED: January 6, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. LR 26-1(b)5).