**Gina M. Corena, Esq.**
Nevada Bar No. 10330
gina@lawofficecorena.com
**Mahna Pourshaban, Esq.**
Nevada Bar No. 13743
mahna@lawofficecorena.com
**GINA CORENA & ASSOCIATES**
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 987-6507
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TATIANA MARTINEZ SANTALLA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>99 CENTS ONLY STORES LLC; KARLA LNU; DOE PROPERTY OWNER I-V; ROE PROPERTY OWNER I-V; DOE JANITORIAL EMPLOYEE I-V; ROE JANITORIAL COMPANY I-V; ROE MAINTENANCE COMPANY I-V; ROE PROPERTY MANAGEMENT COMPANY IV; DOE MAINTENANCE WORKER I-V; DOE PROPERTY MANAGER I-V; DOE EMPLOYEE I-V; ROE EMPLOYER I-V; and ROE COMPANIES I-V, inclusive, jointly and severally,<br><br>Defendants. | CASE NO.: 2:22-cv-00824-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[THIRD REQUEST]**<br><br>**SUBMITTED IN COMPLIANCE WITH LR26-1(e)** |

The parties, by and through their counsel, and through their respective counsel, and pursuant to Local Rule 26-3, stipulate to modify their discovery plan as follows:

1. Plaintiff filed her Complaint in the Eighth Judicial District Court for Clark County, Nevada on April 11, 2022.

2. Defendants removed said case to the U.S. District Court for the District of Nevada on May 24, 2022 (ECF No. 1).

3. The parties held their FRCP 26(f) conference on June 15, 2022, and in compliance with FRCP 26(f) and LR 26-1(e) filed their initial Stipulated Discovery Plan and Scheduling Order on June 15, 2022 (ECF No. 9).

4. On June 17, 2022, the Magistrate Judge established a stipulated discovery plan (ECF No. 10).

5. In compliance with Local Rule 26-3, the parties provide the following information regarding the discovery status:

    a. Discovery Completed, per LR 26-3(a):

- The parties have exchanged initial disclosures, and supplements, of witnesses and documents, pursuant to Fed.R.Civ.P.26(a) between May 11, 2022 and July 18, 2023.
- Defendant has received signed medical authorizations, and has begun the process of independently obtaining Plaintiff's medical records arising out of the subject incident.
- Defendant deposed Plaintiff Tatiana Martinez Santillan on September 22, 2022.
- Plaintiff and Defendant have served and responded to written discovery requests.
- Witness Lance Kimball was deposed on January 13, 2023.
- Defendant F.R.C.P. 30(b)(6) was deposed on June 22, 2023.
- Defendant has disclosed its Initial Experts.
- Plaintiff has disclosed her Initial Experts.
- Defendant has disclosed its Rebuttal Experts.
- Plaintiff has disclosed her Rebuttal Experts.

    b. Discovery that remains to be completed:

Additional time is needed for depositions of expert witnesses and percipient witnesses. Additional written discovery to Plaintiff and Defendant as deemed necessary following the remaining depositions. The parties have agreed to a mediation pending scheduling confirmation and seek the additional time to conduct any and all remaining discovery should it be necessary following the agreed to mediation.

      c.    Reasons why discovery was not completed: The parties' current Discovery Plan and Scheduling Order does not allow enough time to conduct the remaining discovery should it be necessary following the agreed to mediation. Additional time for discovery is necessary to avoid prejudice, costs, and to facilitate a fair and just investigation of Plaintiff's claims against Defendant. The Parties also intend to extend initial and rebuttal expert disclosures in hopes of reaching a settlement.

      d.    Proposed schedule for completion of remaining discovery (extension of remaining deadlines by approximately 60 days):

| | Old Deadlines | **New Deadlines** |
|---|---|---|
| Amend Pleadings or Add Parties: | 12/12/2022 | --- |
| Initial Expert Disclosure per FRCP 26(a)(2): | June 12, 2023 | --- |
| Rebuttal Expert Disclosure: | July 14, 2023 | --- |
| Close of Discovery: | August 11, 2023 | **October 13, 2023** |
| Submit Dispositive Motions: | September 11, 2023 | **November 10, 2023** |
| Joint Pre-Trial Order: | October 9, 2023 | **December 8, 2023** |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline as outlined in accordance with the proposed dates above.

DATED this 19th day of July, 2023        DATED this 19th day of July, 2023

**GINA CORENA & ASSOCIATES**        **BRANDON | SMERBER LAW FIRM**

 /s/ Mahna Pourshaban          /s/ Jeffrey J. Orr
**Mahna Pourshaban, Esq.**        **Jeffrey J. Orr Esq.**
Nevada Bar No. 12743        Nevada Bar No. 7854
300 S. Fourth Street, Suite 1400        139 E. Warm Springs Road
Las Vegas, Nevada 89101        Las Vegas, Nevada 89119
*Attorneys for Plaintiff*        *Attorney for Defendant 99 Cents Only Stores, LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CASE NO.: 2:22-cv-00824-CDS-DJA**
<u>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**</u>
**[THIRD REQUEST]**

**IT IS SO ORDERED:**

|  | <u>Old Deadlines</u> | <u>**New Deadlines**</u> |
|---|---|---|
| Amend Pleadings or Add Parties: | 12/12/2022 | --- |
| Initial Expert Disclosure per FRCP 26(a)(2): | June 12, 2023 | --- |
| Rebuttal Expert Disclosure: | July 14, 2023 | --- |
| Close of Discovery: | August 11, 2023 | **October 13, 2023** |
| Submit Dispositive Motions: | September 11, 2023 | **November 10, 2023** |
| Joint Pre-Trial Order: | October 9, 2023 | **December 8, 2023** |

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2023

1

# Eva Rodriguez Dhimi

| | |
|---|---|
| **From:** | Jeffrey Orr <j.orr@bsnv.law> |
| **Sent:** | Thursday, July 20, 2023 7:00 AM |
| **To:** | Mahna Pourshaban |
| **Cc:** | Eva Rodriguez Dhimi |
| **Subject:** | FW: Martinez Santalla v. 99 Cents |
| **Attachments:** | 7.19.23 Stipulatino and Order to Extend Deadlines (Third Request).final.mp.doc |

You may affix my e-signature to the attached stipulation

JEFFREY J. ORR, ESQ.
BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
TEL. 702-380-0007
FAX. 702-380-2964

The information contained in the electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above.  If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited.  If you have received this communication in error, please notify Brandon│Smerber Law Firm at (702) 380-0007 and permanently delete the communication immediately without making any copy or distribution.

---

**From:** Mahna Pourshaban <Mahna@lawofficecorena.com>
**Sent:** Wednesday, July 19, 2023 7:47 PM
**To:** Eva Rodriguez Dhimi <eva@lawofficecorena.com>; Jeffrey Orr <j.orr@bsnv.law>
**Cc:** Maybelline Valle <M.Valle@bsnv.law>
**Subject:** RE: Martinez Santalla v. 99 Cents

Hi Jeff,

Please see attached.

Best regards,



**MAHNA POURSHABAN**

*Litigation Attorney for Gina Corena & Associates*
300 S. 4th Street, Suite 1400
Las Vegas, NV  89101
T:  (702) 331-2595
F:  (888) 897-6507
mahna@lawofficecorena.com